**Order entered May 27, 2022**



**In The**

**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00421-CV**

**IN THE INTEREST OF N.A.G.A., A CHILD**

**On Appeal from the 304th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. JC-20-00439-W**

**ORDER**

Before the Court is appellants' May 26, 2022 motion to extend time to file their jurisdictional letter brief. Appellants assert the appellate record is incomplete, and they seek a fourteen-day extension to allow for the filing and review of the supplemental record.

We **GRANT** the motion to the extent we **ORDER** Martha Grant, Official Court Reporter for the 304th Judicial District Court, and Dallas County District Clerk Felicia Pitre to file, **no later than June 1, 2022**, the requested supplemental reporter's and clerk's records, respectively. We further **ORDER** appellants to file their jurisdictional letter brief no later than June 9, 2022. Because this is an

accelerated appeal in a child protection case, we caution that further extension requests will be disfavored.

Appellants' brief on the merits is suspended pending determination of our jurisdiction.

We **DIRECT** the Clerk of the Court to send a copy of this letter to Ms. Grant, Ms. Pitre, and the parties.

/s/    DENNISE GARCIA
           JUSTICE